# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmy Martin, Jr., | No. CV-24-00402-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Before the Court is Magistrate Judge Maria S. Aguilera's Report and Recommendation ("R&R") (Doc. 23). Judge Aguilera recommends reversing the Social Security Administration Commissioner's decision and remanding this case for a new hearing and decision. *See* Doc. 23 at 1. Neither party objects to the R&R. *See generally* Docket.

A district court reviews objected-to portions of an R&R de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to de novo consideration of the issues. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir.

1999).

After independent review, the Court is satisfied that Judge Aguilera's recommendation is sound. The Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED adopting in full** the R&R (Doc. 23).

**IT IS FURTHER ORDERED reversing** the Commissioner's decision and **remanding** for further administrative proceedings consistent with R&R. The Clerk of Court shall enter judgment accordingly and close this case.

Dated this 15th day of July, 2025.

John C. Hinderaker
United States District Judge